CCC:MRM
F. #2020R00149

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------X

UNITED STATES OF AMERICA

    - against -

ABRAHAM FINKLER,

           Defendant.

---------------------------X

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 13 2022 ★

LONG ISLAND OFFICE

INFORMATION

Cr. No. **C R 22 352**

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2),
924(d)(1) and 3551 et seq.; T. 21, U.S.C.,
§ 853(p); T. 28, U.S.C., § 2461(c))

SEYBERT, J.

LOCKE, M. J.

THE UNITED STATES ATTORNEY CHARGES:

FELON IN POSSESSION OF A FIREARM

1.    On or about February 27, 2020, within the Eastern District of New York,
the defendant ABRAHAM FINKLER, knowing that he had previously been convicted in a court
of a crime punishable by a term of imprisonment exceeding one year, did knowingly and
intentionally possess in and affecting commerce a firearm, to wit: a Benelli 12 gauge shotgun.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 3551 et seq.)

CRIMINAL FORFEITURE ALLEGATION

2.    The United States hereby gives notice to the defendant that, upon his
conviction of the offense charged herein, the government will seek forfeiture in accordance with
Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
2461(c), which require the forfeiture of any firearm or ammunition involved in or used in any
knowing violation of Title 18, United States Code, Section 922 or Section 924, including but not
limited to: one Benelli 12 gauge shotgun bearing serial number M705422, seized on or about
February 27, 2020, in Huntington, New York.

3.    If any of the above-described forfeitable property, as a result of any act or

omission of the defendant:

        (a)    cannot be located upon the exercise of due diligence;

        (b)    has been transferred or sold to, or deposited with, a third party;

        (c)    has been placed beyond the jurisdiction of the court;

        (d)    has been substantially diminished in value; or

        (e)    has been commingled with other property which cannot be divided

without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendant up to the value of the forfeitable property

described in this forfeiture allegation.

        (Title 18, United States Code, Section 924(d)(1); Title 21, United States Code,

Section 853(p); Title 28, United States Code, Section 2461(c))

        BREON PEACE
        UNITED STATES ATTORNEY
        EASTERN DISTRICT OF NEW YORK

By: _____
        Assistant U.S. Attorney

F.#: 2020R00149
FORM DBD-34
JUN. 85

No.

---

**UNITED STATES DISTRICT COURT**

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

---

THE UNITED STATES OF AMERICA

*vs.*

ABRAHAM FINKLER,

Defendant.

---

**INFORMATION**

(T. 18, U.S.C., §§ 922(g)(1), 924(a)(2), 924(d)(1) and 3551 et seq.; T. 21,
U.S.C., § 853(p); T. 28, U.S.C., § 2461(c))

---

*A true bill.*

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreperson*

---

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ *day,*

*of* _ _ _ _ _ _ _ _ _ _ _ _ *A.D. 20* _ _ _ _ _

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk*

---

*Michael R. Maffei, Assistant U.S. Attorney (631) 715-7890*