| | |
|---|---|
| BEFORE: STEVEN I. LOCKE<br>UNITED STATES MAGISTRATE JUDGE | DATE: 9/13/22<br>TIME: 1:30 pm |

# CRIMINAL CAUSE FOR ARRAIGNMENT and PLEA ON INFORMATION

**DOCKET No. CR 22-0352(JS) USA v. FINKLER**

**DEFENDANT: Abraham Finkler**   DEF. #

☒ Present   ☐ Not Present   ☐ Custody   ☒ Surrender

FILED
CLERK
3:02 pm, Sep 13, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DEFENSE COUNSEL**: Joseph Ferrante

☐ Federal Defender   ☐ CJA   ☒ Retained

**A.U.S.A.**: Michael Maffei

INTERPRETER:  ()

PROBATION OFFICER/PRETRIAL:

FTR LOG : 1:40-2:04       MAGISTRATE DEPUTY: KMG

☒  Case called   ☒  Counsel for all sides present

☒  Arraignment on the Information

☒  Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

☒  Defendant enters a plea of not guilty at this time.

☒  Defendant withdraws his plea of not guilty and enters a plea of **GUILTY to the INFORMATION.**

☒  Order Setting Conditions of Release and Bond continued.

☐  Permanent Order of Detention entered.

☐  Temporary Order of Detention entered.

　　☐  Detention Hearing scheduled for:

☒  Bail Hearing held.  Disposition: Defendant released on bond.

☒  Sentencing set for 2/14/23 at ____ in front of District Judge Seybert.

☒  Transcript ordered

☒  Conviction notification form electronically sent to probation.

Defendant:  ☒ Released on Bond;   ☐ Remains in Custody.

OTHER: Defendant waives a public reading of the Information. A Rule 5f Order has been entered. Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Locke, having

administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.